AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>RAYMOND K. MONTOYA<br><br>*Defendant(s)* | )<br>)<br>) Case No. 17-MJ-2228-MBB<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ____2009 to May 2017____ in the county of ____Suffolk____ in the _____ District of ____Massachusetts____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1341 and 1343 | mail fraud and wire fraud |

This criminal complaint is based on these facts:

See attached affidavit of FBI Special Agent Ryan Lane

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Ryan Lane, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: ____08/01/2017____

_____
*Judge's signature*

City and state: ____Boston, Massachusetts____    Hon. Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*