UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) 18-cr-10225- GAO-1 <br> ) <br> v.                                            ) <br> ) <br> RAYMOND K. MONTOYA,   ) <br> ) <br>       Defendant.                     ) <br> ) |

**DEFENDANT'S ASSENTED TO**
**MOTION TO CONTINUE SENTENCING**

Defendant, Raymond K. Montoya, by and through the undersigned counsel, respectfully moves the Court to continue for thirty (30) days his sentencing currently scheduled for January 22, 2019. The Government and Pretrial Services assent to Mr. Montoya's request to continue his sentencing until February 22, 2019. In support of this unopposed motion, Mr. Montoya states the following:

1. On or about August 1, 2017, a Criminal Complaint was filed in this District against Mr. Montoya alleging violations of mail fraud and wire fraud (D.E. 1).

2. On August 2, 2017, Mr. Montoya made his initial appearance in this District (D.E. 9) and was released on conditions and an Appearance Bond in the amount of $100,000. Since his initial appearance, Mr. Montoya has been fully compliant with the terms and conditions of his release.

3. On July 16, 2018, a Ten-Count Criminal Information was filed against Mr. Montoya in this District (D.E. 21).

4. On October 17, 2018, Mr. Montoya entered a plea of guilty before the Court to the ten counts charged in the Criminal Information referenced in the proceeding paragraph.

5. Mr. Montoya respectfully requests that the Court continue his sentencing from January 22, 2019, until February 22, 2019. Counsel submits that this first request for a continuance would enable the parties to narrow the scope of a number of guideline-related issues that are currently pending before the Court for ultimate resolution at sentencing. Consequently, we are hopeful that some of these outstanding issues will be resolved by stipulation prior to sentencing.

6. This request is made in good faith and not for purposes of delay. Further, the interests of justice will be served and none of the parties will be prejudiced if the Court grants this motion.

7. Counsel has communicated with AUSA Neil Gallagher and U.S. Probation Officer Marlenny Ramdehal, and both assent to this request.

WHEREFORE, Defendant Raymond K. Montoya respectfully requests that this Court grant his Assented Motion to Continue Sentencing.

Dated: December 12, 2018.

Respectfully submitted,

By: ____/s/ Christopher Bruno_____
Christopher Bruno, Esq.
Virginia Bar No. 47651
Bruno & Degenhardt, P.C.
10615 Judicial Drive, Suite 703
Fairfax, VA 22030
Telephone: (703) 352-8960
cbruno@brunodegenhardt.com
*Lead Counsel for Defendant Montoya*

/s/ Todd J. Bennett_____
Todd J. Bennett, Esq.
Massachusetts Bar No. 643185
Bennett & Belfort, P.C.
24 Thorndike Street, Suite 300
Cambridge, MA 02141
Telephone: (617) 577-8800 (ext. 203)
Facsimile: (617) 577-8811
tbennett@bennettandbelfort.com
Local Counsel for Defendant Montoya

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on this 12th day of December 2018, I electronically filed the foregoing document with the Clerk using CM/ECF. I also certify that the foregoing is being served this day on all counsel of record by means of electronic filing with CM/ECF.

                                                  /s/ Christopher Bruno
                                                  Christopher Bruno